KENNEDY, J., dissents and would accept the appeal on Proposition of Law Nos. I and IV. O'NEILL, J., dissents and would accept the appeal and cross-appeal.

**2013–0265.  State v. Porterfield.**
Trumbull App. No. 2012-T-0039, 2013-Ohio-14.

**2013–0377.  Bank of New York Mellon v. Gindele.**
Hamilton App. No. C–120429.

**2013–0378.  Ruf v. Belfance.**
Summit App. No. 26297, 2013-Ohio-160.
   O'NEILL, J., dissents.

**2013–0379.  State v. Taylor.**
Montgomery App. No. 23990, 2013-Ohio-186.

**2013–0381.  BAC Home Loans Servicing, LP v. Kolenich.**
Butler App. No. CA2012–01–001, 2013-Ohio-155.

**2013–0384.  State v. Pippen.**
Scioto App. No. 11CA3412, 2012-Ohio-4692.
   O'CONNOR, C.J., and O'NEILL, J., dissent.

**2013–0387.  State v. Klein.**
Muskingum App. No. CT2012–0021, 2013-Ohio-229. Discretionary appeal not accepted. Motion for stay denied.
   O'CONNOR, C.J., and FRENCH, J., dissent.

**2013–0389.  Thacker v. Day.**
Montgomery App. No. 25265, 2013-Ohio-187.
   O'NEILL, J., dissents.

**2013–0390.  State v. Ward.**
Hamilton App. No. C–120119.

**2013–0391.  State v. Russ.**
Hamilton App. No. C–120319.

**2013–0395.  State v. Grube.**
Gallia App. No. 12CA7, 2013-Ohio-692.
   O'NEILL, J., dissents.

**2013–0398.  State v. Kelm.**
Wood App. No. WD–11–024, 2013-Ohio-202.

**2013–0399.  State v. King.**
Marion App. No. 9–12–47.

**2013–0400.  Henry v. Smith.**
Crawford App. No. 3–13–03.

**2013–0405.  McWilliams v. Schumacher.**
Cuyahoga App. Nos. 98188, 98288, 98390, and 98423, 2013-Ohio-29.

**2013–0406.  Crain v. Crain.**
Clark App. No. 2011-CA-92, 2012-Ohio-6180.
   O'DONNELL and LANZINGER, JJ., dissent.

**2013–0408.  Duncan v. Cuyahoga Community College.**
Cuyahoga App. No. 97222, 2012-Ohio-1949.

**2013–0409.  State v. Kelly.**
Portage App. No. 2010-P-0049, 2012-Ohio-523.
   O'NEILL, J., dissents.